# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**VINCENTE CANTU**                                                                                    **PLAINTIFF**

V.                                       Case No. 4:22-cv-00049-LPR

**ERIC S. HIGGINS, Sheriff,**
**Pulaski County,** *et al*.                                                                   **DEFENDANTS**

## ORDER

On January 19, 2022, Vincente Cantu ("Plaintiff"), then an inmate in the Pulaski County Detention Facility ("PCDF"), filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983. (Doc. 2).

On March 10, 2022, mail sent to Plaintiff at his address of record, the PCDF, was returned undeliverable. (Doc. 6). On March 11, 2022, the Court entered an Order directing Plaintiff to file a notice of his current mailing address, within thirty (30) days, if he wished to proceed with this lawsuit. (Doc. 7). The Court warned Plaintiff that his failure to comply with the Order would cause his Complaint to be dismissed. (*Id.*). Plaintiff has not complied with or otherwise responded to the March 11, 2022 Order, and the time for doing so has passed.[1]

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

---

[1] Recent mail sent by the Court to Plaintiff was also returned undelivered. (Doc. 8). Under Local Rule 5.5(c)(2), it is Plaintiff's responsibility to promptly notify the Court of an address change. He has not done so.

IT IS SO ORDERED this 13th day of April, 2022.

                                                  _____
                                                  LEE P. RUDOFSKY
                                                  UNITED STATES DISTRICT JUDGE