IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VINCENTE CANTU**                                                                                                   **PLAINTIFF**

V.                                          Case No. 4:22-cv-00049-LPR

**ERIC S. HIGGINS, Sheriff,**
**Pulaski County,** *et al.*                                                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered today, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 13th day of April, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE